UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re:                                  )
    **Stephen A Harry**         ,   )
    **Tammy K Harry**          ,   )   Case No. _____
                                        )   Chapter   **7** _____
Debtor..                                )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐   Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **Debtor: Self employed see attached P&L** | | |
| Joint Debtor: receives ss disability income | | |
| **Debtor receives Social Security income** | | |
| | | |

☑   The debtor certifies by his/her signature below that he/she has no pay records because: **Self-employed**

Dated on  **July 27**   , 2020  .

/s/ **Stephen A Harry**
**Stephen A Harry**
(Debtor Signature)

/s/ **Tammy K Harry**
**Tammy K Harry**
(Joint Signature)

☐ Pro se Debtor
☑ Represented by Counsel

**Pro Se**
(Attorney Signature)

**Stephen A. Harry 20499**
**3030 NW Expressway**
**Suite 200**
**Oklahoma City, OK 73112**
**405-694-4353**
**405-213-1486**
**stephenaharry@sahlawoffice.com**

Counsel for

**2020 Monthly P&L Stephen Harry**

Income:

| Month | Amount |
|---|---|
| Jan | $2,850.00 |
| Feb | $4,500.00 |
| March | $3,500.00 |
| April | $4,700.00 |
| May | $4,800.00 |
| June | $4,300.00 |
| Total | $24,650.00 |

Expenses:

| Month | Amount |
|---|---|
| Jan | $1,600.00 |
| Feb | $1,200.00 |
| March | $1,400.00 |
| April | $1,900.00 |
| May | $1,400.00 |
| June | $1,100.00 |
| Total | $8,600.00 |

Net P&L    $16,050.00

*[signed] Stephen Harry*

# Your New Benefit Amount

**BENEFICIARY'S NAME:** STEPHEN A HARRY

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — **$2,393.50**
- The amount we deduct for Medicare Medical Insurance is — **$135.50**
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — **$0.00**
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — **$0.00**
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive on or about January 16, 2019. — **$2,258.00**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit ***www.ssa.gov/non-medical/appeal*** to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

## What If I Have Questions?
- Visit our website at ***www.socialsecurity.gov***
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)

# Your New Benefit Amount

**BENEFICIARY'S NAME:** TAMMY K HARRY

Your Social Security benefits will increase by **1.6%** in 2020 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is $1,735.60
- The amount we deduct for Medicare Medical Insurance is $144.60
  (If you did not have Medicare as of November 22, 2019, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is $0.00
  (We will notify you if the amount changes in 2020. If you did not elect withholding as of November 1, 2019, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is $0.00
  (If you did not elect voluntary tax withholding as of November 22, 2019, we show $0.00.)
- After we take any other deductions, you will receive $1,591.00

on or about January 15, 2020.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit ***www.ssa.gov/non-medical/appeal*** to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

## What If I Have Questions?

- Visit our website at ***www.socialsecurity.gov***
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

12301 N. KELLEY AVE
OKLAHOMA CITY OK 73131

## Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit ***www.eldercare.acl.gov*** to learn about a wide variety of services that may be helpful to you.